1  LAW OFFICES OF GEOFFREY ROTWEIN
   Geoffrey Rotwein, Esq.  (CA SBN 58176)
2  400 Montgomery Street, Second Floor
   San Francisco, CA  94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  LUP PARK LI

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,          )        No.  CR 2:07-CR-0025 EJG
                                       )
11            Plaintiff,               )        **ORDER PURSUANT TO**
                                       )        **STIPULATION CONTINUING**
12     vs.                             )        **SENTENCING HEARING**
                                       )
13  LUP PARK LI; JOYCE WANG,           )
                                       )
14            Defendant.               )
                                       )
15  _____   )

16         Based on the below stipulation between the parties,

17         IT IS HEREBY ORDERED that the sentencing hearing in this case for defendants Lup

18  Park Li and Joyce Wang is continued from June 15, 2011, to November 18, 2011, at 10:00 a.m.,

19  in Courtroom 8.

20  DATED: June 8, 2011              /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
21                                   JUDGE, UNITED STATES DISTRICT COURT

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**ORDER/STIP CONTINUING SENTENCING**
**CR 2:07-CR-0025 EJG**                    -1-

1

## STIPULATION TO CONTINUE SENTENCING

2      It is hereby stipulated by and between the parties that the sentencing hearing may be

3   continued from June 15, 2011, to November 18, 2011, at 10:00 a.m., in Courtroom 8, Hon.

4   Edward J. Garcia, judge presiding.

5      The Probation Officer, Thomas H. Brown, has represented that he does not object to this

6   continuance.

7   DATED: June 6, 2011               */s/ Geoffrey Rotwein*
                                        GEOFFREY ROTWEIN
8                                      Attorney for Defendant
                                       LUP PARK LI
9

10  DATED: June 6, 2011               */s/ Gilbert Eisenberg*
                                        GILBERT EISENBERG
11                                     Attorney for Defendant
                                       JOYCE WANT
12

13  DATED: June 6, 2011               BENJAMIN B. WAGNER
                                       United States Attorney
14
                                    By: */s/ Heiko P. Coppola*
15                                      HEIKO P. COPPOLA
                                       Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER/STIP CONTINUING SENTENCING
CR 2:07-CR-0025 EJG                    -2-