HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LUP PARK LI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUP PARK LI,<br><br>        Defendant. | No.  Cr. S 07-025-09 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, LUP PARK LI, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On February 17, 2012, this Court sentenced Mr. Li to term of 105 months imprisonment;

3.     His total offense level was 31, his criminal history category was V, and the applicable guideline range was 168 to 210 months.  He received a reduction off the low-end of the range and the mandatory minimum on government's motion;

4. The sentencing range applicable to Mr. Li was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Li's total offense level has been reduced from 31 to 29, his amended guideline range is 140 to 175 months, and a reduction comparable to the one received at the initial sentencing would result in a sentence of 87 months, *see* App. N. 4, U.S.S.G. § 1B1.10);

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Li's term of imprisonment to a total term of 87 months, a sentence the parties conclude is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a), and the value of the information provided by the defendant.

Respectfully submitted,

Dated:  August 26, 2015

BENJAMIN B. WAGNER
United States Attorney


/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  August 26, 2015

HEATHER E. WILLIAMS
Federal Defender


/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
LUP PARK LI

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Li is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 140 to 175 months. A reduction to a comparable to the one received at the initial sentencing would produce a term of 87 months, *see* App. N. 4, U.S.S.G. § 1B1.10), a sentence the Court concludes is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a), the recommendation of the United States Attorney, and the value of the information provided by the defendant.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2012 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Li shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  October 15, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE