UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUP PARK LI,<br><br>　　　　Defendant. | CR. NO. 2:07-025-09 WBS<br><br>ORDER |

----oo0oo----

On September 3, 2019, defendant Lup Park Li filed a motion to terminate remaining supervised release term pursuant to 18 U.S.C. § 3583(3). (Docket No. 507.) The United States shall file an opposition to petitioner's motion no later than October 3, 2019. Petitioner may then file a reply no later than October 25, 2019. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

1 | IT IS SO ORDERED.
2 | Dated: September 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE