| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUP PARK LI,<br><br>    Defendant. | No. 2:07-CR-0025 WBS<br><br>**ORDER** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

----oo0oo----

Defendant Lup Park Li moves for early termination of supervised release pursuant to 18 U.S.C. § 3583(e). (Docket No. 507). Previously, on December 9, 2016, this court ordered jurisdiction over this case transferred to the Northern District of California pursuant to 18 U.S.C. § 3605, and the Northern District accepted jurisdiction on December 13, 2016. (Docket No. 481).

Accordingly, defendant's motion is DENIED for lack of jurisdiction, without prejudice to its being refiled in the United States District Court for the Northern District of

1

California.

Dated: December 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE